**Motion GRANTED and Order filed October 8, 2018.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-18-00853-CV

————————

## IN RE DIPAK T. PATEL AND PRAVIN T. PATEL, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV25784**

---

## ORDER

On March 2, 2018, relators Dipak T. Patel and Pravin T. Patel, filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Randy McDonald, Judge of the 344th District Court, in Chambers County, Texas, to vacate his September 27, 2018 order denying relators' motion to dismiss the action against them pursuant to Rule 91a of the Texas Rules of Civil Procedure.

Relators have also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On October 3, 2018, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion in part and issue the following order:

We **ORDER** the proceedings in trial court against relators **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court. However, we do not stay the proceedings against the defendants named in the trial court's judgment signed on May 9, 2017.

In addition, the court requests Gene Fontonet, Rickey Fontonet and Richard Fontonet, the real parties-in-interest, to file a response to the petition for writ of mandamus on or before October 22, 2018. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Donovan, Wise, and Jewell.